# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 806 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE ORPHANS' COURT PROCEDURAL RULES COMMITTEE | : : : | SUPREME COURT RULES DOCKET |

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of October, 2019, Kenneth G. Potter, Esquire, is designated as Chair, and the Honorable Emil A. Giordano, is designated as Vice-Chair, of the Orphans' Court Procedural Rules Committee, commencing January 1, 2020.